# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ERNEST ALDERMAN,

          Plaintiff

v.                                                                         CIVIL ACTION NO.  2:10-cv-00907

FOLA COAL COMPANY, LLC, et al.,

          Defendants.

----------------

RONNIE G. ARNOLD,

          Plaintiff,

v.                                                                         CIVIL ACTION NO.  2:10-cv-00908

FOLA COAL COMPANY, LLC., et al.,

          Defendants.

----------------

GLEN J. DEBOARD,

          Plaintiff,

v.                                                                         CIVIL ACTION NO.  2:10-cv-00909

FOLA COAL COMPANY, LLC., et al.,

          Defendants.

----------------

JOSEPH E. FITZWATER,

                Plaintiff,

v.                                                                                                          CIVIL ACTION NO.  2:10-cv-00910

FOLA COAL COMPANY, LLC., et al.,

                Defendants.

----------------

BILLY JOE QUERREY,

                Plaintiff,

v.                                                                                                          CIVIL ACTION NO.  2:10-cv-00912

FOLA COAL COMPANY, LLC., et al.,

                Defendants.

----------------

DEAN E. TAYLOR,

                Plaintiff,

v.                                                                                                          CIVIL ACTION NO.  2:10-cv-00913

FOLA COAL COMPANY, LLC., et al.,

                Defendants.

----------------

THOMAS C. VANCE,

                Plaintiff,

v.                                                                                                          CIVIL ACTION NO.  2:10-cv-00914

FOLA COAL COMPANY, LLC., et al.,

                Defendants.

----------------

THOMAS B WILLIAMS ,

                Plaintiff,

v.                                                                  CIVIL ACTION NO.  2:10-cv-00915

FOLA COAL COMPANY, LLC., et al.,

                Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting the defendants' motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the defendants Fola Coal Company, LLC and Consol Energy, Inc. and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                                        ENTER:      November 7, 2011

                                                        Joseph R. Goodwin, Chief Judge