

## IN THE SOUTHERN DISTRICT COURT OF WEST VIRGINIA
## AT CHARLESTON

**FILED**
**DEC - 7 2011**
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**RONNIE G. ARNOLD,**

        Plaintiff,

v.                          CIVIL ACTION NO. 2:10-CV-00908
                            Judge Goodwin

**FOLA COAL COMPANT, LLC, a**
**West Virginia corporation; and**
**CONSOL ENERGY, INC., a**
**Delaware corporation,**

        Defendants.

### NOTICE OF INTENT TO APPEAL

**NOTICE** is hereby given that **RONNIE G. ARNOLD**, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit that certain Order entered of record by the Honorable Joseph Goodwin, Judge of the Southern District Court of West Virginia, At Charleston, Awarding Summary Judgment to the Defendants, said Order entered in this action of the 7th day of November, 2011.

_/s/ Wayne King_
**Wayne King, WVSBN 2045**
**420 Main Street**
**P. O. Box 356**
**Clay, West Virginia 26043**
**Phone-1-304-880-8886**
**E-Mail-wayne.lawyer@gmail.com**
**Counsel for Ronnie Arnold**

IN THE SOUTHERN DISTRICT COURT OF WEST VIRGINIA
AT CHARLESTON

RONNIE G. ARNOLD,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:10-CV-00908
                                          Judge Goodwin

FOLA COAL COMPANT, LLC, a
West Virginia corporation; and
CONSOL ENERGY, INC., a
Delaware corporation,

        Defendants.

## CERTIFICATE OF SERVICE

        I, Wayne King, Counsel for the Plaintiff hereby certify that I have this the 7th day of December, 2011, personally served a true copy of **PLAINTIFF, RONNIE G. ARNOLD'S NOTICE OF INTENT TO APPEAL AN ORDER AWARDING SUMMARY JUDGMENT TO THE DEFENDANTS** on Defendants by hand delivering the same to the Counsel for the Defendants at their office in the law offices of Steptoe & Johnson, PLLC, Attorneys at Law, Chase Tower, Eighth Floor, Charleston, W. Va.

_____
Wayne King, WVSBN 2045
420 Main Street
P. O. Box 356
Clay, West Virginia 26043
Phone-1-304-880-8886
E-Mail-wayne.lawyer@gmail.com
**Counsel for Ronnie Arnold**